**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **BAYSIDE PROPERTY** | ) | |
| **CONSULTANTS LLC,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION 20-0063-WS-N** |
| | ) | |
| **CITY OF MOBILE,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

On this date, the parties conducted a settlement conference with Magistrate Judge Nelson. At the conclusion of the settlement conference, Judge Nelson reported to the undersigned that the parties have compromised and settled this matter in its entirety.  In light of this development, it is **ORDERED** that this action be **DISMISSED** from the active docket of the Court, **with prejudice**, provided that any party may move to reinstate the action within **45 days** after the date of entry of this Order if the settlement agreement or other appropriate settlement documentation is not consummated.

No other order shall be forthcoming from the Court except upon application by any party for final judgment, as prescribed by Rule 58, Federal Rules of Civil Procedure.

Each party is to bear his or its own costs, unless otherwise agreed by the parties.

DONE and ORDERED this 25th day of May, 2021.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE